From: The District Court of the Second Judicial District, County of Silver Bow.

STATE OF MONTANA, Plaintiff, vs. ROBERT JAMES WAL-GREAVE, Defendant.

NO. 8469

## DECISION

The application of the above-named defendant for a review of the sentence of 40 years for Infamous Crime Against Nature imposed on January 24, 1958, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

The reason for the decision is that this man was eligible for parole at the December 1968 meeting of the Parole Board and at that time the Parole Board ordered a new psychiatric evalution and allowed the prisoner to return before the board in December 1970. The psychiatric report has now been received and the defendant will come before the Parole Board at that time.

We thank Jack Morton, Esq., of the Montana Defender Project for his assistance to the defendant and this Court.

DATED this 9th day of July, 1970.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, Chairman; Jack D. Shanstrom, Sid G. Stewart.

From:   The District Court of the Thirteenth Judicial District. County of Treasure.

STATE OF MONTANA, Plaintiff, vs. WALTER W. SCHANTLE, Defendant.

NO. 115

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years for Burglary in the First Degree imposed on May 5, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

This sentence seems sufficiently lenient considering the prior record of this defendant.

DATED this 9th day of July, 1970.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, Chairman; Jack D. Shanstrom, Sid G. Stewart.